## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MIKE CVETKO, INDIVIDUALLY, AND    : No. 480 MAL 2014
KIM LEE POWELL, BY HIS GUARDIAN    :
AD LITEM JONATHAN W. CRISP, ESQ.    :
                          : Petition for Allowance of Appeal from the
                          : Order of the Superior Court
          v.                   :
                          :
                          :
EDWARD STOVER, SR.           :
TESTAMENTARY TRUST        :
                          :
                          :
PETITION OF: MIKE CVETKO      :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is

**DENIED**.